**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
At Washington

MAR - 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DUANE JOSEPH JOHNSON,          )
Reg  #09202-007               )
FCI PETERSBURG                )
P.O. Box 90043                )
Petersburg, VA 23804          )
                    Plaintiff, )
                              )  C.
       v.                     )
                              )
EXECUTIVE OFFICE FOR THE      ) I
UNITED STATES ATTORNEYS,      )
F.O.I.A./PRIVACY ACT UNIT     )
600 E Street, N.W., Room 7300 )
Washington, D.C. 20530        )
                    Defendant. )

CASE NUMBER  1:06CV00424

JUDGE: Reggie B. Walton

DECK TYPE: FOIA/Privacy Act

DATE STAMP: 03/08/2006

Plaintiff complains as follows:

## COMPLAINT

1) This is an action arising from the defendant's refusal to provide nonexempt information under the Freedom of Information Act ("F.O.I.A."), 5 U.S.C. § 552. Plaintiff has submitted a request under F.O.I.A. for information relating to his criminal case. In her response [O'Rourke] misrepresented to Plaintiff that requests such as Plaintiff's are processed within a month. The Executive Office For the United States Attorneys nor Ms. O'Rourke have yet to do anything fitting to fulfill Plaintiff's request. As a direct result Plaintiff has been foreclosed from public access to disclosable official information in violation of F.O.I.A.

and 2.

## PARTIES

2. Plaintiff is a resident of the State of Virginia.

3. Defendant Executive Office For the United States Attorneys ("EOUSA") is an agency of the United States with its principal place of business at 600 E Street, N.W., Room 7300, Washington

**RECEIVED**

FEB 09 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

4. The EOUSA regularly acts on behalf of the United States.

5. This Court has jurisdiction of this matter under the provisions of 5 U.S.C. § 552(a)(4)(B) and 28 U.S.C. § 1369.

5                              **FACTS**

5. On December 13, 2004 Plaintiff submitted a F.O.I.A. request to defendant EOUSA. See, Plaintiff's Exhibit A attached hereto.

6. Because Plaintiff submitted his claim by mail, a Certification of Identify form was submitted with Exhibit A pursuant to the Privacy Act of 1974, 5 U.S.C. § 552a.

7. Ms. O'Rourke asserted to Plaintiff that defendant EOUSA process all requests in the order upon which they are received.

8. Upon information and belief defendant EOUSA processes F.O.I.A. request in a wayward fashion and has processed request similiar to Plaintiff's that were received subsequent to Plaintiff's

9 On August 3, 2005, Plaintiff made an inquiry to defendant EOUSA regarding his F.O.I.A. request but to no avail. See, Plaintiff's Exhibit B attached hereto.

10. Defendant EOUSA has denied Plaintiff's request for records.

11. Upon information and belief, there are no existing, pending, or contemplated law enforcement proceeding regarding this matter.

12. As such there is no conceivable interference with enforcement proceedings and no right to fair trial or impartial adjudication would be deprived to any person.

13. Plaintiff has exhausted any available remedies to no avail.

-2-

14.

## COUNT ONE

14. Paragraphs one through thirteen are incorporated by reference.

15. The EOUSA have wrongfully withheld documents from Plaintiff.

16. Plaintiff has a legal right under F.O.I.A. TO OBTAIN THE INFORMATION he seeks, and there is no legal basis for the denial by defendant EOUSA of said right.

WHEREFORE, Plaintiff prays that this Court:

1  Order EOUSA to disclose the requested records in their entireties and make copies promptly available to Plaintiff;

2. Award costs as provided under FOIA; and

3. Grant such other relief as the Court may deem just and proper.

Respectfully submitted this _3rd_ day of _February_, 2006.

DUANE JOSEPH JOHNSON
Reg. #09202-007
FCI PETERSBURG
P.O. Box 90043
Petersburg, VA 23804

-3-