December 13, 2004

Robert Okun, Esq.
Chief, Special Proceedings
U.S. Attorney's Office
555 fourth Street, N.W.
Washington, DC 20001

     Re: Freedom of Information Act (FOIA) Request.

Dear Attorney Okun:

 Under the provisions of the Freedom of Information Act, Title 5 U.S.C. § 552, I am requesting access to the following records:

 1) The discovery request made by attorney Frederick J. Sullivan in the United States v. Duane Johnson, case No. F-4696-94 pursuant to Rosser v. United States, 381 A.2d 598, 605 n. 6 (D.C. 1977), rule 16, Superior Court Rules Criminal Rules and, Brady v. Maryland, 373 U.S. 83 (1963);

 2) The Medical Examiner Dr. Humphrey Don Germaniuks' expert opinions, the bases and reasons for those opinions, and his qualifications that were provided in Assistant United States Attorney Steven S. M$^c$Cool Discovery packet requested by attorney Frederick J. Sullivan prior to trial in Case No. F-4696-94.

 If there are any fees for searching for, or copying, the records I have requested, please supply the records without informing me, if the fees do not exceed $25.00, otherwise I'd be obliged if you'd inform me of the fees before

06 0424

FILED
MAR - 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

you fill the request.

If all or any part of this request is denied, please cite the specific exemption(s) that you think justifies your refusal to release the information, and inform me of the appeal procedures available to me under the law. If you are not the appropriate agent capable of satisfying this request, I ask that you forward my request to the appropriate official or agency.

I would appreciate your handling this request as quickly as possible, and I look forward to hearing from you within 10 Days, as the law stipulates.

Sincerely,

Duane Johnson
Reg. #09202-007
U.S.P. Big Sandy
P.O. BOX 2068
INEZ, KY 41224



U.S. Department of Justice

Executive Office for United States Attorneys
Freedom of Information/Privacy Act Unit
600 E Street, N.W., Room 7300
Washington, D.C. 20530
202-616-6757  Fax 202-616-6478

JAN 18 2005

Request Number: 05-95

Subject: Self (Discovery request & expert opinions)

Requester: Duane Johnson

Dear Requester:

The Executive Office for United States Attorneys (EOUSA) has received your Freedom of Information Act/Privacy Act (FOIA/PA) request. It has been assigned the above number. Please give us this number if you write about your request. If we need additional information, we will contact you within two weeks.

Your request will be placed in the order in which it was received for processing, unless it is a very large request (Project Request). Then, it will be placed in a separate group of Project Requests, which are also processed in the order received.

EOUSA makes every effort to process most requests within a month (20 working days). There are some exceptions, for example, Project Requests take approximately nine months to process. Requests for "all information about myself in criminal case files" are usually Project Requests. If you have made such a request, you may either write us and narrow your request for specific items, or you may expect that the processing of your request may take nine months from the date of this letter.

By making a FOIA/PA request, you have agreed to pay fees up to $25, as stated in 28 CFR §16.3(c), unless you have requested a fee waiver. Please note that pursuant to 28 C.F.R. 16.11, we are required to charge fees for time used to search for the documents you have requested and for duplication of all pages released to you. Normally, search time is charged at a rate of $28 per hour after the first two hours which are free, and duplication fees are $0.10 per page after the first 100 pages which are free. Please do not send any payment at this time! If we anticipate that fees will exceed $25 or the amount you have stated in your letter (if greater than $25), we will normally notify you of our estimate of fees. After we have received your agreement to pay for the expected fees (or you have narrowed your request to reduce fees) and we have processed your request, we will require payment for the accumulated charges before we release documents to you. Without such payment, your request file will be closed without further action.

PLAINTIFF'S Exhibit B

Sincerely,

*Marie A. O'Rourke*

Marie A. O'Rourke
Assistant Director

06 0424

**FILED**

MAR - 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Form No. 001- 2/03


PLAINTIFF'S Exhibit C

```
                                        DUANE JOHNSON
                                        Reg. #09202-007
                                        USP BIG SANDY
                                        P.O. Box 2068
                                        INEZ, KY 41224
```

August 3, 2005

Marie A, O'Rourke
Assistant Director
Executive Office for United States Attorneys
Freedom of Information/Privacy Act Unit
600 E Street, N.W., Room 7300
Washington, D.C. 20530

        Re: Request Number: <u>05-95 Self(Discovery request)</u>

Dear Ms. O'Rourke:

    My name is Duane Johnson. This letter seeks to ascertain the status of the above referenced request number. I've developed a substantial concern due to the elapsed time period from the time you have acknowledge receipt of my FOIA/PA request up until now. Since my request did not fall within the realm of a "Project Request" or the like. It is my understanding that a nominal request such as the one I presented would have been executed with a bit more zeal. I expect to move for summary judgment in the United States District Court for the District of Columbia within a month (20 working days) upon your receipt of this certified correspondence. If I hear from you prior to the expiration of the 20 working days, I'll consider a more less burdensome course if the content of your correspondence is reasonable. I look forward to hearing from you soon.

                                               Very truly yours,

                                               Duane Johnson

DJJ
Enclosure

CC:
    Deborah Golden, Esq.(W/encl.)

**06 0424**

**FILED**

MAR - 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PLAINTIFF'S Exhibit D

Duane Johnson
Reg. #09202-007
USP BIG SANDY
P.O. Box 2068
INEZ, KY 41224

August 4, 2005

Marie A, O'Rourke
Assistant Director
EOUSA
FOIA/PA Unit
600 E Street, N.W., Room 7200
Washington, D.C. 20530

Re: **Request Number: 05-95 Self(Discovery request)**

Dear Ms. O'Rourke:

My name is Duane Johnson. This is a follow up to my letter of 8-3-05. This letter seeks to clarify the nature of my initial FOIA/PA request. I am asking that within a month (20 working days) upon receipt of my certified correspondence dated 8-3-05 the EOUSA or whomever is to fulfill the above referenced request furnish me with the **Discovery information/packet** pursuant to **Brady v. Maryland** that was provided to my trial attorney Frederick Sullivan in case #F-4696-94 in the Superior Court of the District of Columbia. I look forward to your assistance in this matter. This is my final attempt to resolve this matter, as I've yet to be provided with any information on how to exhaust any administrative remidies despite my request of the same. I look forward to your assistance in this matter.

Very truly yours,

Duane Johnson

DJJ

cc: Deborah Golden, Esq.

06 0424

FILED

MAR - 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**U.S. Department of Justice**

PLAINTIFF'S Exhibit E

Executive Office for United States Attorneys
Freedom of Information/Privacy Act Unit
600 E Street, N.W., Room 7300
Washington, D.C. 20530
202-616-6757   Fax 202-616-6478

SEP - 1 2005

Requester: Duane Johnson          Request Number: 05-95

Subject of Request: Self (discovery request & expert opinions)

Dear Requester:

This is in response to your recent letter/telephone call regarding the status of your pending Freedom of Information Act/Privacy Act request.

Due to the large number of requests received by the Executive Office for United States Attorneys and the limited resources available to process such requests, this office has been unable to process your request as of this date.

In order to process all requests as equitably as possible, this office has adopted a "first-in-first-out" policy of processing all incoming requests. This policy complies with the decision in Open America v. Watergate Special Prosecution Force, 547 F.2d 605 (D.C. Cir. 1976) and is applied consistently by this office. Your request is being handled as equitably as possible and all records which can be released will be made available at the earliest possible date.

You may appeal my decision in this matter by writing within sixty (60) days to:

    Office of Information and Privacy
    United States Department of Justice
     Flag Building, Suite 570
     Washington, D.C.  20530

Both the envelope and the letter of appeal must be clearly marked "Freedom of Information Act/Privacy Act Appeal."

After the appeal has been decided, you may have judicial review by filing a complaint in the United States District Court for the judicial district in which you reside or have your principal place of business; the judicial district in which the requested records are located; or in the District of Columbia.

          Sincerely,

         Marie O'Rourke
         Assistant Director

06 0424
FILED
MAR - 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Form No.

PLAINTIFF'S Exhibit F

```
                                        Duane Johnson
                                        Reg. #09202-007
                                        USP BIG SANDY
                                        P.O. Box 2068
                                        INEZ, KY 41224
```

September 13, 2005

FOIA Appeal
Office of Information and Privacy
United States Department of Justice
Flag Building, Suite 570
Washington, D.C. 20530

Re: Request No.: 05-95

Dear Sir/Madam:

My name is Duane Johnson. This letter seeks to notify this office that I appeal the Executive Office for the United States Attorney September 1, 2005 decision in the above referenced request number. My request was acknowledged by the EOUSA January 18, 2005. Upon information and belief similar request filed subsequent to my request were fulfilled prior to completing the above referenced request. Such random practice is in conflict with the teaching set forth in Open America v. Watergate Special Prosecution Force, 547 F.2d 605 (D.C. Cir. 1976). If I don't hear from this office within a month (20 working days). I'll be filing for judicial review in the United States District Court for the District of Columbia.

Very truly yours,

[signature]

06 0424

FILED

MAR - 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT



**U.S. Department of Justice**

Office of Information and Privacy

---

Telephone: (202) 514-3642                                  Washington, D.C. 20530

SEP 29 2005

Mr. Duane Johnson
Register No. 09202-007
United States Penitentiary - Big Sandy
P.O. Box 2068
Inez, KY 41224

    Re: Request No. 05-95

Dear Mr. Johnson:

    This is to advise you that your administrative appeal from the action of the Executive Office for United States Attorneys on your request for information from the files of the Department of Justice was received by this Office on September 22, 2005.

    The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **05-2841**. Please mention this number in any future correspondence to this Office regarding this matter.

    We will notify you of the decision on your appeal as soon as we can. The necessity of this delay is regretted and your continuing courtesy is appreciated.

                                              Sincerely,

                                              Priscilla Jones
                                              Chief, Administrative Staff

06-0424

**FILED**

MAR - 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PLAINTIFF'S Exhibit H

November 16, 2005

Marie A, O'Rourke, Assistant Director
Executive Office for United States Attorneys
Freedom Of Information/Privacy Act Unit
600 E Street, N.W., Room 7300
Washington DC 20530

Re: Request Number: <u>05-95 Self (Discovery request)</u>

Dear Ms. O'Rourke:

My name is Duane Johnson. This letter seeks to inform you of my change of address. Please be advised that upon fulfillment of the above request the requested information should be sent to:

> Duane Johnson
> Reg. #09202-007
> FCC-Medium
> P.O. Box 90043
> Petersburg, VA 23804

Very truly yours

06 0424

FILED

MAR - 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

December 5, 2005

Marie A. O'Rourke, Assistant Director
Executive Office for United States Attorneys
Freedom of Information/Privacy Act Unit
600 E Street, N.W., Room 7300
Washington, DC 20530

RE: Request Number: <u>05-95 Self (Discovery Request)</u>

Dear Ms. O'Rourke:

My name is Duane JOhnson. This letter seeks to memorilize the above-referenced request and to notify you that your office has yet to make any progress of same since receiving it and acknowledging it in January 18, 2005. As this is the case, and it appearing that all my administrative remedies have been axhausted with respect to this matter. I hereby notify you that I'll be filing a F.O.I.A. complaint in the United States District Court for the District of Columbia pursuant to 5 USC § 552(a)(4)(B). I regret this course of action. However, your agency leaves me no other recourse.

Sincerely yours.

Duane Johnson
Reg. #09202-007
FCC-Medium
P.O. Box 90043
Petersburg, VA 23804

06 0424

FILED

MAR - 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT