UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
At Washington

FILED
MAR - 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DUANE JOSEPH JOHNSON,  )
              Plaintiff,  )  C.A. No. **06 0424**
v.  )
   )
EXECUTIVE OFFICE FOR THE  )
UNITED STATES ATTORNEYS,  )
              Defendant.  )

### MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

Duane Joseph Johnson, ("Plaintiff") pro se and pursuant to 28 U.S.C. 1915(d) moves respectfully hereby to proceed in the above-captioned matter in forma pauperis. Plaintiff is indigent and cannot pre-pay fees and costes or otherwise provede security. In support hereof, Plaintiff has attached an Affidavit of Poverty hereto.

Respectfully submitted this 3rd day of February, 2006.

Duane Joseph Johnson
Reg. #09202-007
FCI PETERSBURG
P.O. Box 90043
Petersburg, VA 23804

RECEIVED
FEB 0 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2

## CERTIFICATE OF SERVICE

I certify hereby that a copy of the foregoing Motion for Leave to Proceed In Forma Pauperis and an Affidavit of Poverty in support thereof was mailed on this _3rd_ day of _February_, 2006 by first class mail postage, prepaid upon the following:

>Executive Office For The United States Attorneys
>600 E Street, N.W., Room 7300
>Washington, D.C. 20530

_Duane Joseph Johnson_
Duane Joseph Johnson
Reg. #09202-007

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBI
At Washington

DUANE JOSEPH JOHNSON,
                 Plaintiff,      C.A. No. _____

v.

EXECUTIVE OFFICE FOR THE
UNITED STATES ATTORNEYS,
                 Defendant.

### Affidavit of Poverty

Duane Johnson, being first duly sworn according to law, deposes and says:

1) I am the plaintiff in the above-titled action;

2) I bring this action in good faith;

3) This action seeks to enjoin Defendant from withholding nonexempt documents under the Freedom of Information Act that pertains to my criminal case. I also seek to recover any cost associated with commencing this action and administrating the same

4) I believe that I am entitled to the redress sought in this action.

5) I have read and know the contents of the complaint and believe them to be true.

6) The only money I own is that sent to me by my family for the purpose of personal maintenance. I presently have $148.79 in my prison account. See Attachment A of this affidavit, which is a certified copy of my trust fund account

06 0424

-1-

FILED

MAR - 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

7) Other than the above money received by me from my family I have no other income

8) Because of my poverty I am unable to pay the costs of this action, to give security thereafter, or to employ an attorney.

The statements made herein-above are true and correct to ther best of my knowledge and made under the penalty of perjury in accordance with 28 USC § 1746.

AND-FURTHER THIS AFFIANT SAYETH NOT

*[signature]*
DUANE JOSEPH JOHNSON

2