## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| DUANE J. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-0424 (RBW) |
| | ) | |
| EXECUTIVE OFFICE FOR  THE | ) | |
| UNITED STATES ATTORNEYS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## DEFENDANT'S MOTION FOR AN ENLARGEMENT
## OF TIME TO RESPOND TO THE COMPLAINT
## AND MEMORANDUM IN SUPPORT THEREOF

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant Executive Offie for the United Statesa Attorneys, through counsel, respectfully moves this Court to enlarge the time within which it may answer or otherwise respond to the Complaint from April 13, 2006 to May 16, 2006.

In support of this Motion, Defendant states that the requested extension is necessary to further investigate the facts and circumstances giving rise to this case, and to obtain the necessary Vaughn Index from agency counsel for this FOIA case.  Defendant has neither sought nor received any prior extensions in this matter.

Because plaintiff is a pro se prisoner, counsel has not conferred with plaintiff to determine his position on this motion.[1]

---

[1]  Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel.*" It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties.  This practice is informed by, and consistent with, Local Civil Rule 16.3(a).  Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements.  Specifically, that Rule requires "[c]ounsel (including any

April 9, 2006                          Respectfully submitted,


_____/s/_____
KENNETH L. WAINSTEIN, DC BAR #451058
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, DC BAR #434122
Assistant United States Attorney


_____/s/_____
JOHN F. HENAULT, D.C. Bar # 472590
Assistant United States Attorney
555 Fourth Street, N.W. - Civil Division
Washington, D.C.  20530
(202) 307-1249
(202) 514-8780 (facsimile)

---

*nonprisoner* <u>pro</u> <u>se</u> party)" to meet and confer prior to a scheduling conference.  LCvR 16.3(a)
(emphasis added).

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 9, 2006, I placed a true and correct copy of the foregoing in

the United States Mail for delivery by First Class Mail, postage prepaid, to:

DUANE J. JOHNSON
No. 09202-007
FCI Petersburg
PO Box 90043
Petersburg, VA 23804


       /s/
JOHN F. HENAULT
Assistant United States Attorney