# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DUANE J. JOHNSON, ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | No. 06-0424 (RBW) |
| ) | |
| EXECUTIVE OFFICE FOR THE ) | |
| UNITED STATES ATTORNEYS, ) | |
| ) | |
|    Defendant. ) | |
| _____) | |

## DEFENDANT'S MOTION FOR AN ENLARGEMENT
## OF TIME TO RESPOND TO THE COMPLAINT
## AND MEMORANDUM IN SUPPORT THEREOF

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant Executive Office for the United States Attorneys, through counsel, respectfully moves this Court to enlarge the time within which it may answer or otherwise respond to the Complaint from May 16, 2006 to June 16, 2006.

In support of this Motion, defendant states that primary counsel for defendant was out of the office for nearly a month due to a death in his immediate family. Due to this absence, counsel was unable to coordinate with agency counsel to investigate the facts and circumstances giving rise to this case, and to obtain the necessary Vaughn Index from agency counsel for this FOIA case. The requested extension will provide the necessary time for counsel to do so.

Because plaintiff is a pro se prisoner, counsel has not conferred with plaintiff to determine his position on this motion.[1]

---

[1] Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil

May 15, 2006                                Respectfully submitted,


                                                                                      _____/s/_____
                                                                                     KENNETH L. WAINSTEIN, DC BAR #451058
                                                                                     United States Attorney


                                                                                   _____/s/_____
                                                                                   RUDOLPH CONTRERAS, DC BAR #434122
                                                                                    Assistant United States Attorney


                                                                                   _____/s/_____
                                                                                   JOHN F. HENAULT, D.C. Bar # 472590
                                                                                   Assistant United States Attorney
                                                                                   555 Fourth Street, N.W. - Civil Division
                                                                                   Washington, D.C.  20530
                                                                                   (202) 307-1249
                                                                                   (202) 514-8780 (facsimile)

---

Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference. LCvR 16.3(a) (emphasis added).

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 15, 2006, I placed a true and correct copy of the foregoing in the United States Mail for delivery by First Class Mail, postage prepaid, to:

DUANE J. JOHNSON
No. 09202-007
FCI Petersburg
PO Box 90043
Petersburg, VA 23804

                                               /s/
                                      JOHN F. HENAULT
                                      Assistant United States Attorney