# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DUANE J. JOHNSON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   No. 06-0424 (RBW) |
| | ) |
| EXECUTIVE OFFICE FOR THE UNITED STATES ATTORNEYS, | ) |
| | ) |
|     Defendant. | ) |

## ORDER

UPON CONSIDERATION of Defendant's Motion for an Extension of Time to Answer or Otherwise Respond to the Complaint and Memorandum in Support Thereof, the record herein, and it appearing that good cause exists for the requested extension, it is this _____ day of _____, 2006,

ORDERED, that the Motion be, and hereby is, GRANTED; Defendant shall answer or otherwise respond to the Complaint on or before June 16, 2006.

_____
Reggie B. Walton
United States District Judge