**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| DUANE JOSEPH JOHNSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No.: 06-0424 (RBW) |
| EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS, | ) ) ) |
| Defendant. | ) ) |

## ORDER

This matter comes before the Court on Defendant's Motion for Summary Judgment. Upon consideration of the Motion, Plaintiffs' Opposition thereto, Defendant's Reply Brief, the relevant law, and the entire record herein it is hereby this ____ day of _____, 2006,

ORDERED that Defendant's Motion is hereby GRANTED, and it is further,

ORDERED that summary judgment be entered in favor of Defendant pursuant to Federal Rule of Civil Procedure 56.  This is a final, appealable Order.

_____
Reggie B. Walton
United States District Judge

Copies to:

JOHN F. HENAULT
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530

DUANE JOSEPH JOHNSON
No. 09202-007
Petersburg Federal Correctional Institution
P.O. Box 90043
Petersburg, Virginia 23804