UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DUANE J. JOHNSON, :
          Plaintiff, :
v. : C.A. No. 06-0424(RBW)
EXECUTIVE OFFICE FOR THE :
UNITED STATES ATTORNEYS, :
          Defendant. :

PLAINTIFF DUANE JOSEPH JOHNSON MEMORANDUM IN OPPOSITION
TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

DUANE JOSEPH JOHNSON, ("Plaintiff") opposes the motion for summary judgment filed by Executive Office for the United States Attorneys (hereinafter referred to as "Defendant").

I. INTRODUCTION

Defendant predicates its motion on a declaration made by David Luczynski, Exemptions 5 & 7(C) as well as its misguided statement that it has fully provided Plaintiff with all information responsive to his request. Upon information and belief, Plaintiff's files encompasses more than ten pages and Defendant has scampered away from its duty under the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), by not providing nonexempt responsive information to Plaintiff as prescribed by law. In addition, Defendant's refusal to furnish Plaintiff with the information he requested bars any relief. Finally, there is a material disputed issue of fact as to whether Defendant's search only limited to the District of Columbia can be constituted as reasonable. Plaintiff believes that Defendant did in fact avoid searching a facility where documents relevant to his request made in Exhibit D may possibly nest. Alternatively, Defendant did not search for the documents requested in Exhibit D.

-1-

RECEIVED
JUL 13 2006
NANCY MAYER-WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DUANE J. JOHNSON,
        Plaintiff,

v.                         C.A. No. 06-0424 (RBW)

EXECUTIVE OFFICE FOR THE
UNITED STATES ATTORNEYS,
        Defendant.

### PLAINTIFF DUANE JOSEPH JOHNSON STATEMENT OF GENUINE ISSUES OF MATERIAL FACT NECESSARY TO BE LITIGATED IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

DUANE JOSEPH JOHNSON, ("Plaintiff") files this Statement of Genuine Issues of Material Fact Necessary to Be Litigated, pursuant to Local Civil Rule 7(h) in opposition to the monion for summary judgment filed by Defendant Executive Office for the United States Attorneys ("Defendant").

1. Per Defendant's Motion for Summary Judgment and Declaration of David Luczynski, it is apparent that Defendant did not conduct a reasonable search for records requested by Plaintiff and prepared a method to withhold documents that are responsive to Plaintiff's request. Considering the foregoing events, the actions and inactions taken by EOUSA, it is apparent that Defendant has simply engaged in a scheme to shirk its duties under the Freedom of Information Act. The foregoing makes Defendant's claims inequitable, and it should be denied any relief.

2. Plaintiff was not provided with all the records responsive to his request. See Declaration of Duane J. Johnson ("Johnson Decl.") ¶2.

3. Upon information and belief the remaining 7 pages of records that EOUSA has withheld are responsive and should be examined in camera by this Court. Johnson Decl. ¶4

-1-

4. Defendant failed to conduct a reasonable search for documents that were not furnished to Plaintiff. Defendant never searched its National Archives and Records Administration located in Suitland Maryland. Upon information and belief the discovery packet Plaintiff requested via Exhibit D is lurking in the National Archives and Records Administration facility. See Johnson Decl. ¶¶5-6.

5. Because Defendant opted to not comply with the disclosure requirements of the Freedom of Information Act, Plaintiff had to expend $250.00 of cost for filing this FOIA suit and additional fees for responding to Defendant's motions. It would be inequitable to now grant summary judgment even if Defendant meet the requirements for certain exemptions. Defendant dodged an effort to perform a reasonable search for requested documents maintained in one of its facilities beyond the District of Columbia. Johnson Decl. ¶¶5-8.

Respectfully submitted,

Duane Joseph Johnson
Reg. #09202-007
F.C.C. PETERSBURG-MEDIUM
P.O. Box 90043
Petersburg, VA 23804

Dated: July 10, 2006

-2-

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

DUANE J. Johnson,             :
                Plaintiff,    :
    v.                        :   C.A. No. 06-0424(RBW)
                              :
EXECUTIVE OFFICE FOR THE      :
UNITED STATES ATTORNEYS,      :
                              :
                Defendant.    :

### DECLARATION OF DUANE J. JOHNSON IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Duane J. Johnson declares the following under the penalty of perjury pursuant to Rule 56(f), Fed.R.Civ.P.:

1. I am the Plaintiff in the matter above-styled.

2. Plaintiff was not provided with all the records responsive to his request.

3. The Executive Office for the United States Attorneys, ("EOUSA") has only provided Plaintiff with three pages in connection with his request.

4. Upon information and belief the remaining 7 pages of records that EOUSA is withholding from Plaintiff are responsive and should be examined <u>in camera</u> by this Court.

5. Plaintiff requires discovery before addressing the issue of whether EOUSA conducted a reasonable search. Because that search was only limited to the District of Columbia--and not the District of Columbia Records in Suitland Maryland--Plaintiff suspect that a reasonable search was shirked.

6. Upon information and belief the Office of the United States Attorney maintains/holds/hides/secrets and shield records pertaining to criminal matters in a archives located in Suitland Maryland. This facility was not searched. Plaintiff believes

-1-

that the discovery packet he requested--that was not provided by the EOUSA--is nesting in the above-mentioned archive.

7. Plaintiff believes that discovery will prove that the single page that contains medical examiner's notes relating to the cause of the victim's death does not fall within the Exemption 7(c) EOUSA invokes.

8. Attached hereto is a copy of Plaintiff's <u>Exhibit D</u> that was sent to EOUSA in conjunction with Plaintiff's initial request. EOUSA received same and did nothing germane to furnish Plaintiff with the request made therein. This request was made prior to EOUSA efforts to fulfill Plaintiff's initial request.

9. I declare under penalty of perjury that the foregoing is true and correct.

                  _____
                  Duane Joseph Johnson

Executed on July 10, 2006

-2-

## CERTIFICATE OF SERVICE

I certify on this 10th day of July 2006, I caused the foregoing Plaintiff Duane Joseph Johnson's Memorandum In Opposition to Defendant's Motion for Summary Judgment and Statement of Gunuine Issues of Material Fact Necessary to Be Litigated in Opposition to Plaintiff's Motion for Summary Judgment and Affidavit of Duane J. Johnson to be served by mail, first class, postage prepaid, upon:

>Counsel for EOUSA
>U.S. Department of JUSTICE
>United States Attorney
>District of Columbia
>Judiciary Center
>555 Fourth Street, N.W.
>Washington, D.C. 20530

This mail was provided to the appropriate instutional personnel for mailing.

_____
Duane Joseph Johnson

```
                                          Duane Johnson
                                          Reg. #09202-007
                                          USP BIG SANDY
                                          P.O. Box 2068
                                          INEZ, KY 41224
```

August 4, 2005

Marie A, O'Rourke
Assistant Director
EOUSA
FOIA/PA Unit
600 E Street, N.W., Room 7200
Washington, D.C. 20530

   Re: Request Number: 05-95 Self(Discovery request)

Dear Ms. O'Rourke:

  My name is Duane Johnson. This is a follow up to my letter of 8-3-05. This letter seeks to clarify the nature of my initial FOIA/PA request. I am asking that within a month (20 working days) upon receipt of my certified correspondence dated 8-3-05 the EOUSA or whomever is to fulfill the above referenced request furnish me with the **Discovery information/packet** pursuant to **Brady v. Maryland** that was provided to my trial attorney Frederick Sullivan in case **#F-4696-94** in the Superior Court of the District of Columbia. I look forward to your assistance in this matter. This is my final attempt to resolve this matter, as I've yet to be provided with any information on how to exhaust any administrative remidies despite my request of the same. I look forward to your assistance in this matter.

                Very truly yours,

                Duane Johnson

DJJ

cc: Deborah Golden, Esq.