## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DUANE J. JOHNSON,            ) | |
|                            ) | |
|       Plaintiff,              ) | |
|                            ) | |
|       v.                    ) | No. 06-0424 (RBW) |
|                            ) | |
| EXECUTIVE OFFICE FOR  THE     ) | |
| UNITED STATES ATTORNEYS,      ) | |
|                            ) | |
|       Defendant.           ) | |
| _____ ) | |

## DEFENDANT'S MOTION FOR AN ENLARGEMENT
## OF TIME TO RESPOND TO FILE ITS REPLY
## AND MEMORANDUM IN SUPPORT THEREOF

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant Executive

Office for the United States Attorneys, through counsel, respectfully moves this Court to enlarge

the time within which it may file its reply in support of summary judgment from July 26, 2006 to

August 9, 2006.

In support of this Motion, defendant states counsel is currently coordinating with Agency

counsel to verify or refute claims made in plaintiff's opposition.  However, because of pre-

schedule summer vacations on the part of people from whom responsive information is required,

defendant has been unable to obtain the necessary declarations.  Moreover, undersigned counsel

is due to be out of the office from July 25 to 28 for training. Accordingly, defendant requests an

extension of time to file its reply.

Because plaintiff is a pro se prisoner, counsel has not conferred with plaintiff to

determine his position on this motion.[1]

---

[1]  Local Civil Rule 7.1(m) requires "counsel" to discuss nondispositive motions with
"opposing *counsel.*" It does not require counsel to discuss those motions with pro se parties.

July 24, 2006                                    Respectfully submitted,


_____/s/_____
KENNETH L. WAINSTEIN, DC BAR #451058
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, DC BAR #434122
Assistant United States Attorney


_____/s/_____
JOHN F. HENAULT, D.C. Bar # 472590
Assistant United States Attorney
555 Fourth Street, N.W. - Civil Division
Washington, D.C.  20530
(202) 307-1249
(202) 514-8780 (facsimile)

---

Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties.  This practice is informed by, and consistent with, Local Civil Rule 16.3(a).  Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements.  Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference.  LCvR 16.3(a) (emphasis added).

**CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2006, I placed a true and correct copy of the foregoing in

the United States Mail for delivery by First Class Mail, postage prepaid, to:

DUANE J. JOHNSON
No. 09202-007
FCI Petersburg
PO Box 90043
Petersburg, VA 23804


                                   /s/
                                     JOHN F. HENAULT
                                     Assistant United States Attorney