UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DUANE JOHNSON, )
    Plaintiff, )
                             )
v.                         ) Civil Action No.
                             )
DEPT. OF JUSTICE, et. al., )
    Defendants. )

## DECLARATION OF LINDA MCDONALD

I, Linda McDonald pursuant to Title 28, United States Code, Section 1746, declare and state as follows:

1) I am the Operations Manager for the Superior Court Division, United States Attorney's Office (hereinafter USAO) for the District of Columbia and my office location is in Washington, D.C. One of my responsibilities includes the coordinating of Freedom of Information Act/Privacy Act (hereinafter FOIA/PA) requests for access to records located United States Attorney Office (USAO) for the District of Columbia with the Executive Office for United States Attorneys (hereinafter EOUSA). I identify, discuss, and ship records as directed by EOUSA, but make no determinations regarding the release or withholding of the documents. I have been the FOIA contact person for the USAO for the District of Columbia since 2005. The statements I make herein are either on the basis of my own personal knowledge or on the basis of knowledge acquired by me through the performance of my official duties.

2) Due to the nature of my official duties, I have become familiar with the procedures that were followed by this office in coordinating the FOIA request of Duane Johnson.

3) In December 2005, the FOIA/PA request of Duane Johnson was sent to me via facsimile by the EOUSA (FOIA/PA Request No._____.

4) The Superior Court for the District of Columbia has a computerized docketing/case management system known as Court Information System (CIS). This computerized system of records was replicated (RCIS) by the USAO for the District of Columbia to track cases or matters for the entire the Superior Court Division. Whenever an office file on a new matter or new case is opened, Superior Court's Numbering Section will enter applicable information into the CIS computer system and assign the case or matter a case number which will be used as an internal tracking number for the Office. The information entered into the computer is based on a series of individual records which are linked together, or related, in a logical order. These records may include, but are not limited to, the names of the parties, the names of any related cases, what the case is about, what Assistant United States Attorney is handling the case, the Court assigned to the case, and what stage the case is in.

5) The RCIS system allows the user to search all USAO matters for a specific name. If the name for which the search is done was not included in the information entered into the RCIS system for a particular matter, the search would not identify that matter as containing potentially responsive information. The RCIS system is capable of cross-referencing other related cases if such related case information is entered into the system.

6) The RCIS system is the current computerized record tracking system that is available and used by the USAO for the District of Columbia. Due to the large number of files maintained by the Office (in excess of 70,000 files of which over 10,000 are active and 60,000 are closed files), any search for case related documents must be performed by the use of RCIS. A purely manual search for specific files/documents would be so burdensome as to be virtually impossible for the United States Attorney for the District of Columbia. Moreover, files are closed on a timely basis and such

records are shipped periodically to the Federal Records Center in Suitland, Maryland where they are maintained for a specified number of years (typically 10 years).

7) On or about December 28, 2005, I performed a search on RCIS of all cases relating to Duane Johnson. One closed case file was found in the name of Duane Johnson on this system.

On or about December 29, 2005, I requested the Closed Files Section in the USAO for the District of Columbia to order the closed case file from the Federal Records Center, in Suitland, Maryland. The closed file for the Duane Johnson case was received on or about December 30, 2005. When the box arrived in my office, I pulled all the records responsive to Mr. Johnson's request and copied them. I forwarded the copies of all records responsive to Mr. Johnson's request to Ms Tina Williams, Paralegal Specialist, USAO Civil Division for transmittal to the EOUSA FOIA/PA Staff in Washington, D.C. for processing.

9) I believe my search was reasonably done and calculated to lead to any potentially responsive documents to Mr. Johnson's FOIA/PA request. The handling of Mr. Johnson's request was entirely consistent with EOUSA and USAO procedures.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 7th day of August, 2006.

Linda McDonald
Operations Manager, Superior Court Division