# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DUANE J. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 06-0424 (RBW) |
| ) | |
| EXECUTIVE OFFICE FOR THE ) | |
| UNITED STATES ATTORNEYS, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## DEFENDANT'S NOTICE OF FILING OF DOCUMENT UNDER SEAL

Pursuant to this Court's February 6, 2007 Memorandum Opinion and Order, defendant Executive Office for the United States Attorneys hereby provides notice that on May 15, 2007, it will file the medical examiner's notes, referenced in the February 6 opinion, together with a Declaration of David Luczynski, under seal for the Court to review in camera.

May 15, 2007                            Respectfully submitted,

                                        /s/
                                        JEFFREY A. TAYLOR, D.C. Bar # 498610
                                        United States Attorney

                                        /s/
                                        RUDOLPH CONTRERAS, D.C. Bar # 434122
                                        Assistant United States Attorney

                                        /s/
                                        JOHN F. HENAULT, D.C. Bar # 472590
                                        Assistant United States Attorney
                                        Civil Division
                                        555 4th Street, N.W.
                                        Washington, D.C. 20530
                                        (202) 307-1249
                                        (202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

I certify that on May 15, 2007, a copy of the foregoing Notice of Filing, without the documents filed under seal, was served upon *pro se* plaintiff by depositing copies in the U.S. Mail, first class postage prepaid, addressed to:

**Duane Joseph Johnson**
**No. 09202-007**
**Petersburg Federal Correctional Institution**
**P.O. Box 90043**
**Petersburg, Virginia 23804**

                                      /s/
JOHN F. HENAULT, D.C. Bar # 472590
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-1249
(202) 514-8780 (facsimile)