UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DUANE J. JOHNSON, | ) |
|     Plaintiff, | ) |
| v. | ) No. 06-0424 (RBW) |
| EXECUTIVE OFFICE FOR THE UNITED STATES ATTORNEYS, | ) |
|     Defendant. | ) |

**PRAECIPE**

Defendant requests that the Clerk of the Court please **enter the appearance** of Assistant United States Attorney Benton G. Peterson as counsel for defendant in the above-captioned case and **withdraw the appearance** of Assistant United States Attorney John Henault as counsel for defendant in the above-captioned case.

                                            Respectfully submitted,

                                            _____
                                            Benton G. Peterson, Bar No. 1029849
                                            Assistant United States Attorney
                                            Judiciary Center Building
                                            555 4th Street, N.W. – Civil Division
                                            Washington, D.C. 20530
                                            (202) 514-7238
                                            Benton.Peterson@usdoj.gov