UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DUANE JOSEPH JOHNSON,

                Plaintiff,

   v.

EXECUTIVE OFFICE FOR UNITED
STATES ATTORNEYS,

                Defendant.

Civil Action 06-0424 (RBW)

**ORDER**

This matter is before the Court on defendant's May 15, 2007 Notice of Filing of Document Under Seal. The Court has reviewed defendant's *in camera* submission, which included the Supplemental Declaration of David Luczynski and both a redacted and an unredacted version of a one-page document containing a medical examiner's notes. The document contains information about a homicide victim and about one other third party. The third parties' names and other identifying information pertaining to them properly are withheld under Exemption 7(C). Even though little, if any, useful information remains after the exempt information is redacted, the Court concludes that the redacted document can be released to plaintiff.

Accordingly, it is hereby

ORDERED that, within 30 days of entry of this Order, the EOUSA shall release to plaintiff a redacted copy of the one page of medical examiner's notes. It is further

ORDERED that, within 45 days of entry of this Order, defendant shall file a dispositive motion to resolve any remaining issues in this case.

SO ORDERED.

/s/
REGGIE B. WALTON
United States District Judge

Date: November 30, 2007