IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COLUMBIA

| | |
|---|---|
| DUANE J. JOHNSON, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>EXECUTIVE OFFICE FOR THE )<br>UNITED STATES ATTORNEYS, )<br>)<br>   Defendant. )<br>_____) | No. 06-0424 (RBW) |

STATEMENT OF MATERIAL FACTS NOT IN GENUINE DISPUTE

Pursuant to LCVR 7(h), the defendant submits this statement of material facts as to which there are no genuine dispute. The attached supplemental declaration of David Luczynski, Attorney for the Executive Office of United States Attorneys (EOUSA), United States Department of Justice ("DOJ"), supports this statement. (Exhibit A attached hereto.)

1. On December 5, 2007, the Court ordered defendant to release the final document dated April 27, 1996 to plaintiff in its redacted form upon thirty days from the date of the Court's Order; David Luczynski Supplemental Declaration, ¶¶2-3; Exhibit A.

2. EOUSA sent the redacted record to plaintiff as ordered by the Court. The letter accompanying the document at issue accidently was not affixed with the appropriate date stamp to provide proof of mailing. David Luczynski Supplemental Declaration, ¶¶ 4-5.

3. In an abundance of caution, another letter and a copy of the document at issue

were re-sent on January 8, 2008. David Luczynski Supplemental Declaration, ¶¶ 4-5.

Respectfully submitted,

/s/

JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney

/s/

RUDOLPH CONTRERAS, D.C. BAR # 171538
Assistant United States Attorney

/s/

BENTON G. PETERSON,  Bar #1029849
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W. B Civil Division
Washington, D.C.  20530
(202) 514-7238 514-8780 (Facsimile)
 Benton.Peterson@usdoj.gov