IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COLUMBIA

| | | |
|---|---|---|
| DUANE J. JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 06-0424 (RBW) |
| | ) | |
| EXECUTIVE OFFICE FOR THE UNITED STATES ATTORNEYS, | ) ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

UPON CONSIDERATION of the renewed Motion for Summary Judgment, the memorandum of points and authorities in support thereof, any opposition thereto, any reply, and the record herein, it is this ____ day of _____, 2008,

ORDERED, that Plaintiff's amended complaint be, and hereby is, DISMISSED WITH PREJUDICE.

_____
UNITED STATES DISTRICT COURT JUDGE

Copies to:
Benton G. Peterson
Assistant United States Attorney
Civil Division
555 4th Street, N.W.,
Washington, D.C. 20530