UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DUANE JOSEPH JOHNSON,<br><br>            Plaintiff,<br><br>    v.<br><br>EXECUTIVE OFFICE FOR UNITED STATES ATTORNEYS,<br><br>            Defendants. | Civil Action 06-0424 (RBW) |

**ORDER**

On January 14, 2008, defendant filed a renewed motion for summary judgment pursuant to Rule 56 of the Federal Rule of Civil Procedure. In its January 16, 2008 Order, the Court advised plaintiff that, if he failed to file an opposition to the motion by February 1, 2008, the Court would treat the motion as conceded. To date, plaintiff has filed neither an opposition or a request for more time to do so.

Accordingly, it is hereby

ORDERED that defendant's renewed motion for summary judgment [Dkt. #18] is GRANTED as conceded, and it is further

ORDERED that JUDGMENT shall be entered for defendant.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

                                                            /s/
                                                    REGGIE B. WALTON
                                                    United States District Judge

Date: February 14, 2008